Tommie Jayne Wasserberg
2607 S 7th Ave
TucsonAZ 85713
(520) 241-2776

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tommie Jayne Wasserberg, <br> Plaintiff, <br> v. <br> Legal Support YouTube (Google LLC) 901 Cherry Ave. , 94066 USA, *IN SAN BRUNO, CA* Defendant(s). | CASE NUMBER: CV-25-00009-TUC-SHR <br><br> COMPLAINT |

### Jurisdiction

This court has jurisdiction over this matter pursuant to §§ . The plaintiff is a resident of Tucson, Pima County, AZ and a citizen of the United States. The defendant, Legal Support YouTube (Google LLC) 901 Cherry Ave. , 94066 USA, is a resident of San Bruno, CA and a citizen of the United States. The cause of action arose in the Tucson division.

### Complaint

I seek relief from gender based targeted harassment that has gone on for 14 years on numerous social media platforms. Specifically, I seek three You Tube channels be permanently disabled, Bearable Thomas , Millennial Turkeys and LOL Tom's Fat. This claim is being mounted as a response to a DMCA counterclaim. I deny all assertions in the counterclaim and assert that it was filed with a false name and address.

### Demand

Despite numerous complaints by the plaintiff, their friends and family about the harassment and bullying by these channels for several years, You Tube has refused to take action, necessitating the plaintiff's DMCA takedown request. The plaintiff prays the court to order You Tube to disable this uploader's channel and those of their associates, Millennial Turkeys and LOL Tom's Fat for the sake of the plaintiffs peace of mind and their right to conduct business on the internet unimpeded by a smear campaign. While the plaintiff cannot document any financial loss beyond court costs incurred by the

defamation by this channel and two others, Millennial Turkeys and LOL Tom's Fat, the plaintiff prays the court will order punitive damages in an amount the court deems to be commensurate with the emotional pain inflicted and social and business connections sabotaged by their false claims about me. The cities of Tucson and South Tucson deserve compensatory damages for costs incurred by four 911 pranks by this group. Plaintiff is humbly requesting the appointment of counsel as there are no attorneys willing to take this matter on contingency due to the cost of litigation compared to the estimated recovery and no attorney will take it on retainer due to conflicts. The plaintiff can afford to pay on a reduced fee basis. **Damages: $20, 000, 000** Fourteen years of emotional distress coupled with countless instances of direct interference with my business and social networking connections has easily cost me $2, 000, 000 in lost productivity and I believe the insult to be worth $18, 000, 000 in punitive damages.

Date: *January 8, 2025*

Signature of Pro Se Plaintiff
Tommie Jayne Wasserberg
2607 S 7th Ave
Tucson, AZ 85713
(520) 241-2776