1  Tommie Jayne Wasserberg (in pro se)
2  2607 S. 7 th Ave. South Tucson
   Pima, Arizona 85713
3  520-241-2776
   drwhatsthis@hotmail.com
4
5                           FEDERAL DISTRICT COURT
6                              ARIZONA – TUCSON

7  [PLAINTIFFS NAME],                    Case No.: [NUMBER]
8        Tommie Jayne Wasserberg,
9  vs.                                   [PLEADING TITLE]
                                         Answer To DMCA Counterclaim
10 YOU TUBE CHANNELS BEARABLE THOMAS,
11 MILLENNIAL TURKEYS AND LOL TOM'S FAT
12        Defendant
13
14
         Display name of uploader: Bearable Thomas
15
         This video and other videos on this channel fall under fair use. These videos are commentary and
16 criticism of a public figure who is falsely using the DMCA to harass those who would criticize him.

17 **This is untrue.  Firstly, the plaintiff is not a "him", but an intersex person who has an extremely unpleasant
   male aspect this uploader deliberately provokes by calling the plaintiff a man, falsely accusing the plaintiff of**
18 **mental illness for being transgender, dishonest business practices and sexual predation.**

19
20 **The defendants have a bot programmed to automatically upload the plaintiff's videos from You Tube and
   Facebook immediately after the plaintiff uploads them.**
21
      Libelous, defamatory statements of fact do not qualify as "fair use" and are in violation of 28 U.S. Code §
22 4101

23

24
    This public figure also uses the DMCA to get the dox of those who would criticize him for targeted harassment of
25 both myself and others. This is a formal notice to YouTube that allowing this man to continue to file false DMCA
   claims will result in your legal liability for infringing on fair use
26
   **This is another false statement where the truth is that the defendants and their associates are gang stalking**
27 **and harassing the plaintiff, intentionally inflicting emotional distress, falsely reporting emergencies to police**

28
   [PLEADING TITLE] - 1

                    ATTACHMENT TO COMPLAINT

and state agencies and contacting the plaintiff's business and social contacts to "warn" them about the plaintiff.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Thomas Jay

Thomas Jay
159 Blue Stone Hills Dr
Harrisonburg, VA 22801
United States
bearablethomaswasserburg@gmail.com

(540) 328-5527

This signature, in and of itself, pursuant to 18 U.S.C. § 1001, should be sufficient for a judgment in favor ot the plaintiff because the uploader used a misspelling of the plaintiff's dead name with an address and phone number registered to others. When the plaintiff tried to contact the telephone number, the plaintiff received a text message from "Thomas Jay, Chief Accounting Officer of the Hoffman group" who instructed the plaintiff to give the "Ribo elimination squad 5-10 business days to properly eliminate you". Clearly an attempt to inflict emotional distress on the plaintiff.

Despite numerous complaints by the plaintiff, their friends and family about the harassment and bullying by these channels for several years, You Tube has refused to take action, necessitating the plaintiff's DMCA takedown request. The plaintiff prays the court to order You Tube to disable this uploader's channel and those of their associates, Millennial Turkeys and LOL Tom's Fat for the sake of the plaintiffs peace of mind and their right to conduct business on the internet unimpeded by a smear campaign.

While the plaintiff cannot document any financial loss beyond court costs incurred by the defamation by this channel and two others, Millennial Turkeys and LOL Tom's Fat, the plaintiff prays the court will order punitive damages in an amount the court deems to be commensurate with the emotional pain inflicted and social and business connections sabotaged by their false claims about me. The cities of Tucson and South Tucson deserve compensatory damages for costs incurred by four 911 pranks by this group.

Plaintiff is humbly requesting the appointment of counsel as there are no attorneys willing to take this matter on contingency due to the cost of litigation compared to the estimated recovery and no attorney will take it on retainer due to conflicts. The plaintiff can afford to pay on a reduced fee basis.

[PLEADING TITLE] - 2

Dated this ~~January 7, 2025~~ January 8, 2025

_Tommie Jayne Wasserberg_
Tommie Jayne Wasserberg

[PLEADING TITLE] - 3