Generated: Jan 8, 2025 1:38PM                                                                                           Page 1/1

# U.S. District Court

### Arizona - Tucson

Receipt Date: Jan 8, 2025 1:38PM

TOMMIE JAYNE WASSERBERG

| Rcpt. No: 400002291 | | Trans. Date: Jan 8, 2025 1:38PM | | | Cashier ID: #RM |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $405.00 |
| | | Total Due Prior to Payment: | $405.00 |
| | | Total Tendered: | $405.00 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

**Comments**: CV-25-00009-TUC-SHR; LEGAL SUPPORT YOUTUBE GOOGLE LLC; APPROVAL CODE: 008493

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.